

**Merson Law, PLLC**

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

**Merson Law, PLLC**

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

July 1, 2021

<u>**VIA ECF**</u>
Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: Jane Doe XXI v. Darren K. Indyke, et al.
      Case No.: 1:20-cv-11110-PAE-DF

Dear Judge Freeman:

  Pursuant to the Court's May 12, 2021 Order (ECF No. 19), Plaintiff and Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, jointly submit this status report.

  Plaintiff is currently participating in the Epstein Victims' Compensation Program (the "Program"). Should Plaintiff resolve her claims against Defendants via the Program, the parties will thereafter promptly discontinue this action with prejudice.

  To preserve the parties' resources and in the interests of judicial economy, the parties respectfully request that this case remain stayed at this time.

            Respectfully submitted,

            */s/ Jordan K. Merson*

            Jordan K. Merson

Cc:  Counsel of Record (via ECF)