UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE XXI,

                                  *Plaintiff*,        Case No.: 1:20-cv-11110-PAE-DCF

    -against-

DARREN K. INDYKE and RICHARD D. KAHN, in
their capacities as the co-executors of the ESTATE OF
JEFFREY EDWARD EPSTEIN,

                                *Defendant*s.
-------------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party in the above-entitled action is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party to the above-entitled action has an interest in the subject matter of the above-entitled action, that pursuant to F.R.C.P. 41(a)(1)(A)(ii), the claims in the above-entitled action are hereby voluntarily dismissed with prejudice and without costs to any party as against the others; and,

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, that signatures on this Stipulation via facsimile or email, and in counterpart, shall be deemed good and sufficient for all purposes, and that this Stipulation may be electronically filed with the Clerk of the Court without further notice.

Case 1:20-cv-11110-PAE-DCF   Document 27   Filed 11/04/21   Page 2 of 2

Dated: New York, New York
November 4, 2021

| MERSON LAW, PLLC | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| By: *[signature: Jordan Merson]*<br>Jordan K. Merson<br>950 Third Avenue, 18th Floor<br>New York, New York 10022<br>(212) 603-9100 | By: *[signature: Bennet J. Moskowitz /s/SND]*<br>Bennet J. Moskowitz<br>875 Third Avenue<br>New York, New York 10022<br>(212) 704-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |